## El Pueblo v. Benítez.

### Apelación procedente de la Corte de Distrito de Mayagüez.

No. 17. Resuelto en Enero 26, 1905.

APELACIÓN. — PLIEGO DE EXCEPCIONES. — ERRORES MANIFIESTOS. — No habiendo pliego de excepciones, ni apareciendo de los autos que se hubiere cometido error alguno que justifique la revocación del fallo apelado, éste debe ser confirmado.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

El Juez Asociado Sr. Wolf, emitió la siguiente Opinión del Tribunal.

La presente causa fué incoada ante la Corte Municipal de Mayagüez en la que tuvo lugar el primer juicio el 26 de Agosto último; un segundo juicio se celebró en 11 de Noviembre siguiente, ante la Corte de aquél Distrito, por virtud de apelación que para ante la misma estableciera el acusado contra la sentencia de la Corte Municipal que le impuso sesenta dollars de multa y en su defecto sesenta días de cárcel. La Corte de Distrito, con fecha catorce

de Noviembre de 1904, declaró al acusado convicto del delito de abuso de confianza y le condenó á la pena de ochenta dollars de multa y costas de ambas instancias, y en caso de insolvencia, á sufrir un día de cárcel por cada dollar que dejare de satisfacer.

De esta sentencia apeló el acusado para ante este Tribunal, y en las copias remitidas por virtud de la apelación no aparece copia de ningún documento sustancial, á excepción de la denuncia, ni hay tampoco ninguna alegación del recurrente quejándose de no haber tenido debido conocimiento de la clase de cargos que contra él se formularon.

No hay pliego de excepciones, ni consta el resultado de la prueba practicada, y toda vez que de las copias de los autos no aparece que el Tribunal de Distrito haya cometido error alguno al dictar su sentencia, ésta debe confirmarse con las costas al apelante.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados Hernández, Figueras y MacLeary.